**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the
# Supreme Court of Georgia

No. S26Y0660
In the Matter of Leonard Richard Medley, III

Decided: April 21, 2026

PER CURIAM.

This disciplinary matter is before the Court on the report and recommendation of Special Master Adam Hames, who recommends that the Court accept the petition for voluntary surrender of license filed by Leonard Richard Medley, III (State Bar No. 500685). Medley, who has been a member of the State Bar of Georgia since 2000, pled guilty in December 2025, pursuant to a negotiated agreement, to one count of conspiracy to commit wire fraud in violation of 18 USC § 371, a felony, in the United States District Court for the Northern District of Georgia. Thereafter, he filed a petition for voluntary surrender with the Special Master. In his petition, as amended, Medley admitted that, by virtue of his felony conviction, he violated Rule 8.4(a)(2) (lawyer shall not be convicted of a felony) of the Georgia Rules of Professional Conduct, see Bar Rule 4-102(d), the maximum penalty for which is disbarment. Based on those admissions, Medley requested that the Court accept his petition to voluntarily surrender his license to practice law, which is tantamount to disbarment.

Medley has filed no exceptions to the Special Master's report, and the deadline to do so has passed. See Bar Rule 4-218. Accordingly, the matter is now ripe for this Court's review.

We have reviewed the record and agree that acceptance of Medley's petition for voluntary surrender of his license is best for

the protection of the public and is consistent with prior similar cases. See, e.g., *In the Matter of Norton*, 315 Ga. 484, 489 (2023) (agreeing with the Special Master that "[the] Court routinely imposes disbarment, or accepts a voluntary surrender of license, which is tantamount to disbarment, as discipline in cases involving felony convictions for financial crimes"); *In the Matter of Celello*, 308 Ga. 339, 339 (2020) (accepting voluntary surrender of license for attorney convicted of conspiracy to commit securities fraud); *In the Matter of Fudge*, 301 Ga. 793, 793 (2017) (accepting voluntary surrender of license for attorney convicted of conspiracy to commit bank fraud). Accordingly, the name of Leonard Richard Medley, III, is hereby removed from the rolls of persons entitled to practice law in the State of Georgia. Medley is reminded of his duties under Bar Rule 4-219(b).

*Voluntary surrender of license accepted. All the Justices concur.*